# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA )

)

v. ) Case No. 4:25-cr-00237

)

DANIEL PAULINO, )

)

Defendant. )


# VICTIM IMPACT STATEMENT OF THE CITY OF VELDA CITY

**Submitted by:** Mayor Derrick Gill, on behalf of the City of Velda City and its residents


## I. INTRODUCTION

I, Derrick Gill, submit this Victim Impact Statement as the duly elected Mayor of Velda City, Missouri. I am authorized to speak on behalf of the City and its approximately 1,400 residents. This statement describes the profound emotional, operational, and financial harm the City has suffered as a result of the criminal conduct of Daniel Paulino, who held multiple positions of public trust and systematically exploited each one for personal gain.

Under the Crime Victims' Rights Act (18 U.S.C. § 3771), the City of Velda City asserts its right to be heard at sentencing and to receive full and timely restitution.


## II. THE DEFENDANT'S CONSOLIDATION OF POWER AND BETRAYAL OF PUBLIC TRUST

Daniel Paulino was not merely an employee of Velda City—he was, for a critical period, the **most powerful appointed official in our local government**. He simultaneously held the positions of **City Administrator and Police Chief** from 2021 to 2023. This consolidation of power was catastrophic for our community.

As City Administrator, he controlled the City's finances, oversaw day-to-day operations, and had authority over municipal funds. As Police Chief, he led the police department, commanded officers, and was responsible for public safety. These dual roles gave him unchecked access to virtually every aspect of City government.

Instead of serving the public interest, he systematically exploited his unique position for personal gain. He stole from the City while simultaneously being responsible for preventing and detecting such theft. He created a hostile work environment for the very officers he was supposed to lead, while simultaneously depleting the funds needed to properly staff and equip the department. The people of Velda City trusted their government to manage public funds responsibly and keep them safe. That trust was shattered.

## III. FINANCIAL IMPACT

The financial losses suffered by the City are devastating for a municipality of our size. The total loss exceeds $1.7 million, which for Velda City represents a significant portion of our annual operating budget.

### A. Losses Identified in the Indictment

According to the indictment and the defendant's own plea agreement, he fraudulently obtained **$313,420.00** through various schemes :

| Category | Amount |
| --- | --- |
| Unauthorized city credit card charges for personal expenses | $145,428.00 |
| Fraudulent transfers to businesses owned by defendant or spouse (R&B Towing, Renovations-STL) | $43,870.00 |

| Category | Amount |
| --- | --- |
| City checks for defendant's personal expenses paid to third parties | $34,374.00 |
| Fraudulent payroll direct deposits to defendant's personal account | $30,667.00 |
| Fraudulent payroll wages to spouse for work not performed | $54,693.00 |
| Fraudulent ACH transactions for personal expenses | $2,575.00 |
| Fraudulently issued city checks directly to defendant | $1,800.00 |
| City check used to purchase tow truck titled in defendant's name | $25,500.00 |
| **TOTAL (Indictment)** | **$313,420.00** |

The defendant used City funds to pay for travel, cars, pool supplies, and utilities for his personal home . He used a **$25,500 city check to buy a 2007 International tow truck** that he registered under his own name and used for his privately-owned towing company . He paid his spouse nearly $55,000 for work she was supposed to do for the City's public works department—work that never occurred .

## B. Newly Discovered Loss: Fraudulent $1.4 Million Loan

The City has recently discovered that the defendant procured a loan in the amount of **$1,400,000.00** in the City's name **without any legal authorization whatsoever.** Specifically:

- **No City Council Resolution:** No resolution was ever presented to or approved by the City Council authorizing this loan.
- **No Ordinance:** No ordinance was enacted, as required by law for municipal borrowing.
- **No Bond Issue:** No bond issue was submitted to voters.
- **No Authorizing Signatures:** No elected or appointed City official signed any loan document.

- **No Record in Minutes:** There is no mention of this loan in any official City Council minutes.

## C. Fraudulent Pledge of City Assets as Collateral

Most alarmingly, the defendant pledged the following critical City assets as collateral for this unauthorized $1.4 million loan:

| Asset Category | Description | Impact on City Operations |
| --- | --- | --- |
| Real Property | Two City municipal buildings | These facilities house all City government operations, including administrative offices and public meeting spaces. The fraudulent encumbrance clouds title and impairs the City's ability to maintain, insure, or refinance these essential facilities. |
| Personal Property | 11 Police Department vehicles | These vehicles constituted the **entire police fleet**. They are essential for emergency response, patrol, and public safety. The fraudulent pledge created legal uncertainty regarding the City's clear title to these vehicles—uncertainty that persisted even as the police department was collapsing. |
| Equipment | One Bobcat utility vehicle | This equipment is used for public works operations and maintenance. |
| TOTAL LOAN AMOUNT | $1,400,000.00 | |

These assets represent the **majority of the City's tangible assets**. The defendant's actions placed at risk the very tools our police officers and public works employees needed to

serve the community.

## D. Additional Costs Incurred

The City has incurred and will continue to incur significant costs as a direct result of the defendant's conduct:

| Cost Category | Description | Amount |
| --- | --- | --- |
| Forensic audit | Investigation to identify full scope of fraud | $ ? |
| Legal fees | To void fraudulent loan and remove encumbrances | $ 10,000 |
| Title searches | To determine status of City property records | $ 100,00 |
| UCC termination filings | To clear fraudulent financing statements | $ ? |
| Staff time | Hours diverted from regular duties to address fraud | $ ? |

**COMBINED TOTAL FINANCIAL LOSS: $1,713,420.00 + additional fees**

# IV. THE DISSOLUTION OF THE VELDA CITY POLICE DEPARTMENT

Perhaps the most devastating consequence of the defendant's conduct was the **complete dissolution of the Velda City Police Department in March 2024** . This was not a gradual downsizing or a planned consolidation—it was a sudden, chaotic collapse that left our community without police protection.

## A. The Final Days

By the time the department dissolved, it had been reduced to only **three officers total**—not three per shift, but three officers for the entire department covering both Velda City and Flordell Hills . These three officers were working **seven days a week**, stretched impossibly thin, with no acknowledgment or appreciation from City leadership .

The defendant's financial fraud had crippled the City's ability to properly staff the department. His misconduct created a cascade of consequences:

| Factor | Impact |
| --- | --- |
| Stolen funds | Reduced resources available for police salaries and hiring |
| Mismanagement | Created unstable work environment that drove officers away |
| Hostile conditions | Officers felt "underappreciated" and "forced out" by municipal government |
| Staffing crisis | Only 3 officers remained for two communities |
| Safety risk | Officers left alone created "substantial risk of serious physical injury or death" |

## B. The Officers' Statement

In their resignation announcement on the department's official Facebook page, the officers laid the blame directly at the feet of City leadership . They wrote that the City "failed to assume the accountability to properly staff a police department" and had created a "hostile work environment" . They cited the "city's failure to properly/adequately staff a police department, leading to a substantial risk of serious physical injury, or death to an officer being left on for two cities by himself" .

Every officer resigned effective immediately as of 2:00 p.m. on March 15, 2024 .

## C. The Unforgivable Scene Left Behind

When those three exhausted, overworked, and abandoned officers walked off the job for the last time, they left behind a scene that should never occur in any American city:

- **Police cars were left unlocked** on City property
- **Firearms were left unsecured** inside those vehicles
- **Cash and other sensitive items were left unsecured**

- The department announced its own dissolution **on Facebook**, informing the public—and potential criminals—that Velda City no longer had police protection

For a period of time, **Velda City had no law enforcement coverage whatsoever** . The Pagedale Police Department had to be called in on an emergency basis to provide temporary services . Later, the North County Police Cooperative took over permanently .

## V. CONNECTION BETWEEN THE DEFENDANT'S CRIMES AND THE DEPARTMENT'S COLLAPSE

The defendant cannot escape responsibility for the dissolution of the police department. His conduct was a direct and proximate cause of this catastrophic outcome:

1. **Financial Depletion:** The defendant stole hundreds of thousands of dollars from the City—funds that could have been used to pay competitive police salaries, hire additional officers, and maintain proper staffing levels. Instead, the money went to his personal expenses, his spouse, and his private businesses.

2. **Fraudulent Loan and Encumbered Assets:** The $1.4 million fraudulent loan and the unauthorized pledge of City assets—including the entire police fleet—created financial instability and legal uncertainty that undermined the City's ability to function. How could the City properly manage a police department when its own assets were fraudulently encumbered?

3. **Leadership Vacuum:** The defendant held the position of Police Chief for over a decade until the department's dissolution . His misconduct, financial crimes, and ultimate departure left a leadership void. The officers who remained felt abandoned by their chief—a chief who had been stealing from the City they were all sworn to protect.

4. **Systemic Rot:** The defendant's years-long fraud created a culture of mismanagement and dysfunction. When the top official is stealing, it poisons the entire organization. The officers who resigned cited "internal issues" and a "hostile work environment" created by municipal government —the very government the defendant had corrupted.

## VI. OPERATIONAL IMPACT ON CITY GOVERNMENT

The defendant's conduct has severely impaired the City's ability to function effectively:

**1. Diversion of Limited Resources:** Velda City operates with a small staff and limited budget. Since discovering this fraud, City employees have been forced to divert countless hours from their regular duties to assist investigators, review records, and address the consequences of the defendant's actions. Every hour spent on this matter is an hour not spent on serving our residents.

**2. Impaired Credit and Borrowing Capacity:** The fraudulent $1.4 million loan now appears in records that may affect the City's credit standing. Even though the loan was unauthorized, the City may face difficulties in obtaining legitimate financing for essential projects until this matter is fully resolved.

**3. Clouded Title to City Assets:** The fraudulent pledge of City buildings and police vehicles as collateral has created legal uncertainty regarding the City's ownership of its own assets. Clearing these titles will require legal action and expense.

**4. Disruption of Financial Controls:** The fraud revealed serious vulnerabilities in the City's financial systems. Implementing new controls and oversight mechanisms—while necessary—requires time and resources the City can ill afford.

**5. Loss of Public Safety Infrastructure:** The Velda City Police Department no longer exists . An entire municipal police force—one that had served this community for decades—is gone. The officers who served with dedication and risked their lives for our residents are gone. The department's assets, records, and institutional knowledge have been scattered. Our community now relies on outside agencies for police protection .

# VII. IMPACT ON PUBLIC CONFIDENCE AND TRUST

Perhaps the most difficult harm to quantify—but the most significant for our community—is the erosion of public trust in local government.

**1. Citizen Distrust:** Residents of Velda City entrusted their local government to be responsible stewards of tax dollars. News of this fraud has shaken that confidence. Citizens are asking legitimate questions: "How could this happen?" "Who else was involved?" "Can we trust anyone at City Hall?"

**2. Damage to Employee Morale:** The dedicated public servants who work for the City—our remaining employees—have been tainted by association. They work hard every day for modest pay, and they are now forced to answer for the crimes of one individual who betrayed them all.

**3. Fear for Personal Safety:** When the police department dissolved and the announcement was made on Facebook, residents were terrified. They wondered who would answer if they called 911. They worried about criminals learning that their city was unprotected. This fear was real, immediate, and caused by a cascade of failures that began with the defendant's fraud.

**4. Reputational Harm to the Community:** Velda City is a proud community. We have worked hard to build a positive identity. This fraud case and the subsequent dissolution of our police department have generated national negative publicity that unfairly casts a shadow over our entire City and its residents.

**5. Chilling Effect on Future Public Service:** Who will want to serve on the City Council or volunteer for boards and commissions when they see how one bad actor can cause so much damage? The defendant's conduct discourages civic participation at a time when communities need engaged citizens most.

# VIII. EMOTIONAL AND PSYCHOLOGICAL IMPACT

As Mayor, I have witnessed the emotional toll this crime has taken on our community:

**For City Employees:** Our staff feels violated. They worked alongside the defendant, trusted him as a colleague and leader, and never imagined he was stealing from the very people he was supposed to serve. Many experience anger, betrayal, and anxiety about their own jobs and the City's future.

**For Police Officers:** The officers who served under the defendant gave years of their lives to protect this community. They worked seven days a week with minimal staff and no appreciation. They ultimately felt they had no choice but to resign. Their careers, their sense of purpose, and their trust in the system were all destroyed.

**For Elected Officials:** City Council members who served with the defendant feel betrayed and question whether there were signs they missed. They worry about their legal and fiduciary responsibilities and whether they could have done more to prevent this.

**For Residents:** Ordinary citizens feel powerless and angry. They work hard, pay their taxes, and expect their government to use those funds honestly. Learning that their money was stolen by someone who took an oath to serve them is deeply demoralizing. Watching their police department dissolve and disappear is terrifying.

The stress, anxiety, and sense of violation experienced by our community are real harms that will not quickly fade.

# IX. REQUEST FOR RESTITUTION AND SENTENCING RECOMMENDATIONS

Pursuant to 18 U.S.C. § 3664 and the Crime Victims' Rights Act, the City of Velda City respectfully requests that the Court:

**1. Order Full Restitution:** Enter a restitution order in the amount of **$1,713,420.00**, plus all additional costs incurred by the City in investigating this matter, clearing title to City assets, and restoring public confidence. The City requests the right to submit supplemental documentation of additional losses as they are quantified.

**2. Consider the Full Scope of Harm:** In determining an appropriate sentence, consider not only the monetary loss but also:

- The defendant's complete betrayal of multiple positions of public trust
- His consolidation of power as both City Administrator and Police Chief
- The direct connection between his fraud and the dissolution of the police department
- The officers who were forced out and the public safety crisis that followed
- The firearms and cash left unsecured
- The terror felt by residents when they learned their city had no police protection
- The permanent loss of a municipal police department that had served this community for generations

**3. Require Forfeiture of Assets:** Order forfeiture of any assets traceable to the fraud and direct that forfeited funds be applied to restitution.

**4. Impose Supervised Release Conditions:** If incarceration is imposed, recommend that supervised release include conditions prohibiting the defendant from holding public office or positions of financial trust ever again.

# X. CLOSING

Daniel Paulino swore an oath to serve the people of Velda City. He held two positions of immense public trust—City Administrator and Police Chief. Instead of serving, he stole. Instead of protecting, he plundered. Instead of leading, he created a hostile environment that drove away the very officers who risked their lives for this community.

Because of his actions:

- Over $313,000 was stolen from our taxpayers
- A fraudulent $1.4 million loan now clouds our City's future
- Our two City buildings, 11 police vehicles, and a Bobcat—the majority of our assets—were fraudulently pledged as collateral
- Our police department was reduced to three officers working seven days a week
- Those officers eventually walked off the job, leaving cars unlocked with firearms and cash unsecured
- They announced it on Facebook, telling the world that Velda City had no police protection
- The Velda City Police Department—gone. Dissolved. Wiped out of existence.

The people of Velda City are resilient. We will recover from this betrayal. We will strengthen our systems, rebuild trust, and continue to serve our residents with integrity. But the scars from this crime will remain for years to come. The Velda City Police Department will never come back. What was stolen cannot be replaced.

I respectfully request that the Court consider the full measure of harm the defendant has caused and impose a sentence that reflects the seriousness of his crimes and the

magnitude of his betrayal—not just of a City, but of every officer who served under him and every resident who trusted him to keep them safe.

Respectfully submitted,


**Mayor Derrick Gill**

City of Velda City

Dated this _25_ day of _February_ 20. _26_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Victim Impact Statement was provided to the United States Attorney's Office, the U.S. Probation Office, and counsel for the defendant on this _25_ day of _Feb._, 20. _26_