UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CR-237-CMS |
| | ) | |
| DANIEL PAULINO, | ) | |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES OF AMERICA'S MOTION TO WITHDRAW
MOTION FOR CONFILICT OF INTEREST INQUIRY [DOC. 56]**

COMES NOW, the United States of America, by and through Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and hereby withdraw their previously filed *Motion for Conflict of Interest Inquiry* [Doc. 56].

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

 */s/ Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for the defendant.

*/s/ Hal Goldsmith*
HAL GOLDSMITH, #32984MO
Assistant United States Attorney
