UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:25-CR-00237-CMS |
| | ) |
| DANIEL PAULINO | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO THE**
**PRESENTENCE INVESTIGATION REPORT (PSR)**

COMES NOW Defendant, by and through counsel, and respectfully files the following

Objections to the Presentence Investigation Report or "PSR". More specifically, Defendant

objects to the following paragraphs for the following reasons:

**Paragraph 2**

While Defendant does not object to Paragraph 2, he does note that Paragraph 2 reflects his

disagreement with the Specific Offense Characteristics and the Estimated Total Offense Level. His

disagreement is more fully explained below.

**Paragraphs 17 and 18**

Defendant does not dispute the calculation of all the transactions listed in Paragraph 17 as

$307,100.02 and agrees that he caused funds totaling $58,171.00 to be transferred from his

personal and/or business bank accounts to Velda City's Simmons Bank Account or to credit Velda

City's Visa credit card.

However, Defendant objects to Paragraph 17's calculation that the total amount of loss

"[f]or guidelines purposes is $307,100.02." Several transfers of funds back to Velda City, the

victim of the offenses, were made by Defendant via personal checks or checks from his tow

1

company, over an extended period of time, well before (I) the time the offense was discovered by a victim or government agency; or (II) the time the defendant knew or reasonably should have known that the offense was detected or about to be detected by a victim or government agency. Pursuant to U.S.S.G. § 2B1.1 Application Note 3(D)(i), Defendant is entitled to a credit against the loss amount for guidelines purposes for any money returned to Velda City before the offense was detected. Therefore, the total amount of loss for guidelines purposes should be, at the most, the same as the calculated actual loss amount less repayments, or $248,928.29.

Defendant further specifically objects to the factual allegation in Paragraph 18 that the transfer[s] of funds from his bank accounts to Velda City's bank and credit card accounts was done "in order to conceal [Defendant's] scheme." There is no non-speculative basis to support that the transfers were done to "conceal" the scheme from anyone, rather than to reimburse Velda City. The memo lines in the checks from Paulino and his tow company themselves **specifically reference** the personal expenses being reimbursed by those checks for payments Defendant caused to be made on his behalf for items like "truck," "cc" (credit card), "Amazon," and other specific expenses. These repayments, in fact, call attention to, rather than conceal, Paulino's misuse of city funds.

**Paragraph 27**

Consistent with the above objections, Defendant objects to Paragraph 27. The total loss amount should be an amount less than $250,000.00 in light of his repayment of funds. Because the proper calculation of loss would correspond to a loss amount more than $150,000 but less than $250,000, the base offense level should be increased by 10, not 12. U.S.S.G. §2B1.1(b)(1)(F).

**Paragraph 31**

Consistent with the above objections, Defendant objects to Paragraph 31.  As the base offense level should be increased by 10, the Adjusted Offense Level (Subtotal) should be 19.

**Paragraph 35**

Consistent with the above objections, Defendant objects to Paragraph 31.  As the Adjusted Offense Level (Subtotal) should be 19, the Total Offense Level should be 16.

**Paragraph 66**

Consistent with the above objections, Defendant objects to Paragraph 66.  As the Total Offense Level should be 16, rather than 18, and based on criminal history category of I, the guideline imprisonment range should be 21 to 27 months.

Respectfully submitted,

ROSENBLUM SCHWARTZ FRY & JOHNSON, P.C.

By:  */s/ Marc Johnson*
MARC JOHNSON, #58065MO
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 354-8271
Email:  mjohnson@rsfjlawfirm.com
Attorney for Defendant Paulino

**<u>CERTIFICATE OF SERVICE</u>**

By signature below, I hereby certify that on April 17, 2026, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Hal Goldsmith.

*/s/ Marc Johnson*