UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:25-cr-237-CMS |
| | ) | |
| DANIEL PAULINO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM OUT OF TIME

COMES NOW counsel for Defendant, Daniel Paulino, and requests leave to file his Sentencing Memorandum out of time due to the following reasons:

1. Defendant's sentencing is currently scheduled for April 23, 2026. According to this Court's order, the sentencing memorandum is past due.

1. Counsel's office has continued to rebuild due to a ransomware attack that impacted our servers. As a result, it has taken longer than expected to prepare for various hearings over the past few months.

3. Additionally, this case has required extensive communication and discussion related to various sentencing factors and potential objections to the PSR.

4. Defendant, through counsel, has spoken with Assistant United States Attorney Hal Goldsmith.  Mr. Goldsmith has no objection to Defendant's request.

WHEREFORE, counsel for Defendant, Daniel Paulino, and requests leave to file his Sentencing Memorandum out of time.

1

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON PC


By:    /S/ *Marc Johnson*
       MARC JOHNSON, #58065MO
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile 862-8050


## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

2