The Honorable Cristian M. Stevens

United States District Court

111 S. 10th St.

St. Louis, Mo. 63102

RE:    United States of America v. Daniel Paulino

       Cause No.:4:25 cr 237 CMS

Your Honor:

My name is Saul Zamudio. I currently work at Amazon and a local car wash. I am married to Daniel Paulino and have known Dan for over 9 years. We met in Cancun while Dan was on vacation. I can't express enough the true person Dan is. Dan is kind, workaholic, fair, trustworthy, generous and a Christian. Dan has been recognized for saving people's lives. Dan provided CPR to a heart attack victim (twice) and brought them back from certain death. Dan was shot at in 2016 working at 1am in cold weather during a police pursuit. Dan believed in working the streets with his officers to show comradery, faith, and to stay up to date on training and resolving community issues. Dan also provided nearly $1M in grants to Velda City for its police and parks. Dan was dedicated to making sure the youth had a place to play and stay off the streets. A full size basketball court was made with lights due to Dan's unwavering dedication to his community, among other projects.

Since I have known Dan, he was the Chief of Police for Velda City. His dedication to his work was relentless. Countless hours, numerous community service to include: Xmas for kids, parades, National Night Out, diaper giveaways to low income moms, turkey giveaways during Thanksgiving, Easter games, upgrading city parks, is just a few to mention that Dan was involved in. Even in 2025, Dan made food to feed officers on Thanksgiving. A tradition Dan has done since I've known him. Dan plans to open a gaming pc place for youth to come play or read after school. Just another attempt to get kids off the streets.

With all my heart, Dan is needed at home. Dan and I are sole mates. We rely on no one and we both work hard together to achieve our goals. Dan is supported by family in Texas and myself. I would be lost without Dan. After moving to the United States from Mexico, Dan helped me with all the legal procedures to get naturalized. Because of Dan, we both are American Republican Patriots. We both vote, pay our taxes, go to church, work hard with multiple jobs, give to charity yearly, register our vehicles and bought our home in Velda City. Despite his current charges of wire fraud and pending sentencing, Dan still provides support to any law enforcement officer. Dan currently works for the Hillsdale Police Department in a support role because he cares about law enforcement and giving back to the community. Dan has obtained over $100K in grants to Hillsdale within 2 years and counting. To this day, Dan still donates food and money to those in need. We are not rich, but are certainly blessed. From where I come from and Dan's poor childhood, we know how important it is to give back to the community. Should Dan be jailed, I have no doubt that would have a severe adverse effect on his health and our little financial stability; to the point of bankruptcy and possibly being homeless as paying the mortgage would be extremely difficult.

Dan took responsibility for his actions. His charges of wire fraud is serious. We do not downplay the seriousness of the offence. I believe Dan is worthy and a prime candidate for the courts leniency. I pray Dan is sentenced to probation and restitution. I can tell you that Dan is beyond remorseful. Dan, because of his own actions; has lost "everything" he loved----His Childhood dream of being a police officer. Despite that, with the Courts leniency; we are both prepared to begin a new chapter and make restitution. Dan's employer has already told him that he would remain employed. Our goal is to make things right and continue to heal and get forgiveness from the same community he still loves.

Dan's crime is certainly not the person he really is. Dan dedicated over 30 years to public service as a police officer, 17 years of them in Velda City and 16 of those years as Police Chief. 30+ years as a police officer, 3 years as a police dispatcher, 4 years as a police explorer, volunteer fire fighter and hundreds of training hours is just a very short list of his many accomplishments. Dan has vowed to never offend again.

I pray and hope for your Honors decision for leniency.

Respectfully,

Saul Zamudio